**TERRY A. DAKE, LTD.**
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
|  | ) |  |
| DENNIS W. HARRIS; | ) | Case No. 0:18-BK-03571-PS |
|  | ) |  |
| Debtor. | ) |  |
| _____ | ) |  |
| LAWRENCE J. WARFIELD, TRUSTEE | ) | **Adversary No. 0:19-AP-00013** |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| ARNEL SUE TINGLEY; | ) |  |
| JAMES CAMERON TINGLEY; | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

### APPLICATION FOR ENTRY OF DEFAULT

TO: The Clerk of the United States Bankruptcy Court for the District of Arizona

Please enter the default of the Defendants pursuant to Rule 7055 of the Rules of Bankruptcy Procedure for their failure to plead or otherwise defend, as appears from the declaration filed herewith.

```
 1          DATED June 14, 2019.

 2
                                    TERRY A. DAKE, LTD.
 3
                            By /s/ TD009656
 4                             Terry A. Dake
                               20 E. Thomas Rd.
 5                             Suite 2200
                               Phoenix, Arizona 85012-3133
 6

 7

 8   Copy mailed June 14, 2019 to:

 9   ARNEL SUE TINGLEY
     7325 E. BELLEVIEW STREET #1011
10   SCOTTSDALE, AZ 85257

11   JAMES CAMERON TINGLEY
     7325 E. BELLEVIEW STREET #1011
12   SCOTTSDALE, AZ 85257

13
      /s/ TD009656
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                               2
```