```
TERRY A. DAKE, LTD.
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona  85012-3133
Telephone: (602) 710-1005
tdake@cox.net
```

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| DENNIS W. HARRIS; ) | Case No. 0:18-BK-03571-PS |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| LAWRENCE J. WARFIELD, TRUSTEE ) | **Adversary No. 0:19-AP-00013** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ARNEL SUE TINGLEY; ) | |
| JAMES CAMERON TINGLEY; ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DECLARATION FOR ENTRY OF DEFAULT**

**TERRY A. DAKE** declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

1.  I am the attorney for the Plaintiff in the above-entitled action.

2.  The Defendants against whom a judgment is sought, have failed to plead or otherwise defend as provided by the Rules of Bankruptcy Procedure.

3.  The Defendants are not infants nor incompetent nor engaged in military service and the provisions of the Soldiers' and Sailors' Civil Relief Act do not apply. 50 U.S.C. Section 521.

4. Since the date of the service of a copy of the Complaint and Summons herein upon the Defendants, the statutory time, exclusive of the date of service, within which the Defendants may plead or otherwise defend, has passed.

5. I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE,** the trustee prays that a default be entered against the Defendants.

DATED June 14, 2019.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona 85012-3133

Copy mailed June 14, 2019 to:

**ARNEL SUE TINGLEY**
7325 E. BELLEVIEW STREET #1011
SCOTTSDALE, AZ 85257

**JAMES CAMERON TINGLEY**
7325 E. BELLEVIEW STREET #1011
SCOTTSDALE, AZ 85257

/s/ TD009656

2