*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| DENNIS W. HARRIS; | Case No. 0:18-BK-03571-PS |
| Debtors. | |
| LAWRENCE J. WARFIELD, TRUSTEE, | **Adversary No. 0:19-AP-00013** |
| Plaintiff, | |
| v. | |
| ARNEL SUE TINGLEY; JAMES CAMERON TINGLEY; | |
| Defendants. | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

The trustee ("Plaintiff") moves this Court for the entry of a Default Judgment against the defendants in this adversary proceeding, saying as follows:

1. Plaintiff commenced this adversary proceeding against the Defendants.

2. The Defendants were duly served with the summons and First Amended Complaint.

3. The Defendants, against whom default judgment is sought, have failed to appear, answer or defend in this Adversary Proceeding.

4. The Clerk has entered the default of the defendants at Adv. Dkt. No. 29.

5. The First Amended Complaint at Adv. Dkt. No. 17 seeks a judgment against the defendants in the amount of $6,320.00 and for an award of the trustee's costs of $350.00 for the adversary filing fee.

6. Pursuant to Federal Rules of Civil Procedure 55, as incorporated by Bankruptcy Rule 7055, Plaintiff is entitled to the entry of a default judgment.

7. There is no just reason to delay the entry of a judgment against the Defendants as requested herein.

**WHEREFORE**, Plaintiff prays that this Court enter a default judgment in favor of Plaintiff and against Defendants in the amount of $6,320.00 and for an award of the trustee's costs of $350.00 for the adversary filing fee.

DATED June 19, 2019.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona 85012-3133

2

Copy mailed June 19, 2019 to:

**ARNEL SUE TINGLEY**
7325 E. BELLEVIEW STREET #1011
SCOTTSDALE, AZ 85257

**JAMES CAMERON TINGLEY**
7325 E. BELLEVIEW STREET #1011
SCOTTSDALE, AZ 85257

/s/ TD009656