*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| DENNIS W. HARRIS; ) | Case No. 0:18-BK-03571-PS |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| LAWRENCE J. WARFIELD, TRUSTEE ) | **Adversary No. 0:19-AP-00013** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ARNEL SUE TINGLEY; ) | |
| JAMES CAMERON TINGLEY; ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF LODGING ORDER**

Please take notice that the attached order has been lodged with the Court.

DATED June 19, 2019.

                                        *TERRY A. DAKE, LTD.*

                                        By /s/ TD009656
                                          Terry A. Dake
                                          20 E. Thomas Rd.
                                          Suite 2200
                                          Phoenix, Arizona 85012-3133

Copy mailed June 19, 2019 to:

**ARNEL SUE TINGLEY**
7325 E. BELLEVIEW STREET #1011
SCOTTSDALE, AZ 85257

**JAMES CAMERON TINGLEY**
7325 E. BELLEVIEW STREET #1011
SCOTTSDALE, AZ 85257

 /s/ TD009656

2

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DENNIS W. HARRIS;<br><br>              Debtors.<br>_____<br><br>LAWRENCE J. WARFIELD,<br>    TRUSTEE,<br><br>              Plaintiff,<br><br>v.<br><br>ARNEL SUE TINGLEY;<br>JAMES CAMERON TINGLEY;<br><br>              Defendants.<br>_____ | In Chapter 7 Proceedings<br><br>Case No. 0:18-BK-03571-PS<br><br><br><br><br><br>**Adversary No. 0:19-AP-00013** |

**DEFAULT JUDGMENT**

      This matter having come before the Court upon the Motion For Default Judgment wherein a default judgment is requested against the Defendants in the above-entitled adversary proceeding pursuant to Fed. R. Civ. P. 55 as incorporated by Bankruptcy Rule 7055; and

      This Court finding, based upon a declaration filed herein, that the Defendants have failed to plead or otherwise defend the First Amended Complaint filed by the Plaintiff herein; and the Court finding that there is no just reason to delay the entry of a judgment against the Defendants; therefore

**IT IS HEREBY ORDERED** that judgment shall be and is hereby entered in favor of the Plaintiff and against Defendants Arnel Sue Tingley and James Cameron Tingley as follows:

A. Defendants Arnel Sue Tingley and James Cameron Tingley shall pay $6,320.00 to the Plaintiff along with costs of $350.00 for the adversary filing fee.

**DATED AND SIGNED ABOVE.**