**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DENNIS W. HARRIS;<br><br>         Debtors.<br>_____<br><br>LAWRENCE J. WARFIELD,<br>    TRUSTEE,<br><br>         Plaintiff,<br><br>v.<br><br>ARNEL SUE TINGLEY;<br>JAMES CAMERON TINGLEY;<br><br>         Defendants.<br>_____ | In Chapter 7 Proceedings<br><br>Case No. 0:18-BK-03571-PS<br><br><br><br><br><br>**Adversary No. 0:19-AP-00013** |

**DEFAULT JUDGMENT**

This matter having come before the Court upon the Motion For Default Judgment wherein a default judgment is requested against the Defendants in the above-entitled adversary proceeding pursuant to Fed. R. Civ. P. 55 as incorporated by Bankruptcy Rule 7055; and

This Court finding, based upon a declaration filed herein, that the Defendants have failed to plead or otherwise defend the First Amended Complaint filed by the Plaintiff herein; and the Court finding that there is no just reason to delay the entry of a judgment against the Defendants; therefore

**IT IS HEREBY ORDERED** that judgment shall be and is hereby entered in favor of the Plaintiff and against Defendants Arnel Sue Tingley and James Cameron Tingley as follows:

A. Defendants Arnel Sue Tingley and James Cameron Tingley shall pay $6,320.00 to the Plaintiff along with costs of $350.00 for the adversary filing fee.

**DATED AND SIGNED ABOVE.**